UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARMANNA BELLOW,<br><br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA,<br><br>    Defendant. | Case No. 2:22-cv-01518-APG-BNW<br><br>**Order Dismissing Case** |

I previously gave plaintiff Armanna Bellow an April 28, 2023 deadline to file an amended complaint or I would closed the case. ECF No. 29 at 3.  Bellow did not file an amended complaint.

I THEREFORE ORDER that this action is dismissed without prejudice.  The clerk of court of is instructed to close this case.

DATED THIS 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE